TOGUT, SEGAL & SEGAL LLP
Counsel for Albert Togut,
 not individually but solely in his capacity
 as Chapter 7 Trustee for Ellen Tracy, LLC
One Penn Plaza, Suite 3335
New York, New York 10119
Frank A. Oswald
Jonathan P. Ibsen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 09-14994 (MG) |
| ELLEN TRACY, LLC, | |
| Debtor. | |

------------------------------------------------------------------------x

| | |
|---|---|
| ALBERT TOGUT, as Chapter 7 Trustee of ELLEN TRACY, LLC, | |
| | Adv. Pro. No. 11-02757 (MG) |
| Plaintiff, | |
| - against - | |
| HILCO CONSUMER CAPITAL, L.P.; HILCO CONSUMER CAPITAL, LLC; CJ APPAREL GROUP, LLC; ETPH ACQUISITION, LLC; BRAND MATTER, LLC; WJ INVESTMENTS, LLC; FASHIONOLOGY GROUP, LLC; STUART JAMIESON; BARRY STERNLICHT; MATTHEW EBY; JAMES J. SALTER; JEFFREY B. HECKTMAN; KENNETH FINKELSTEIN; ISAAC BENITAH; KENNETH RAGLAND; MARVIN TRAUB; WILLIAM SWEEDLER; MARK MENDELSON; and JAMES AMMEEN, | |
| Defendants. | |

------------------------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

Whereas, on October 5, 2011, the above-named Plaintiff initiated the above-captioned adversary

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that, pursuant to Rule 7041(a)(1)(A)(ii) of the Federal Rules of Bankruptcy Procedure, the above-captioned adversary proceeding, including all claims and counter-claims, shall be, and hereby is, dismissed with prejudice, with the parties to bear their own costs and expenses including, without limitation, attorneys' fees.

1

This stipulation may be signed in counterparts. Signature pages delivered by facsimile or via electronic mail in portable document format (.pdf) shall be deemed original.

This adversary proceeding is hereby closed.

Dated: New York, New York
       June 25, 2013

| WHITE & CASE LLP | DLA PIPER LLP |
|---|---|
| By: /s/Robert E. Tiedemann <br>     Glenn M. Kurtz <br>     Robert E. Tiedemann <br> 1155 Avenue of the Americas <br> New York, NY 10036 <br> (212) 819-8200 | By: /s/ Timothy E. Hoeffner <br>     Gregg M. Galardi <br>     Timothy E. Hoeffner <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> (212) 335-4500 |
| *Attorneys for Defendants the Non-Hilco Defendants* | *Attorneys for the Hilco Defendants* |

TOGUT, SEGAL & SEGAL LLP

By: /s/ Jonathan P. Ibsen
Frank A. Oswald
Richard K. Milin
Jonathan P. Ibsen
One Penn Plaza, Suite 3335
New York, NY 10119
(212) 594-5000

*Attorneys for Albert Togut, as the Chapter 7 Trustee for the Estate of Ellen Tracy*


**SO ORDERED this ___ day of _____, 2013**

_____
**Hon. Martin Glenn
Bankruptcy Judge**

2